UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

**CRIMINAL ACTION NO. 11-4-DLB-EBA**

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

vs.                                  <u>**ORDER**</u>

**ERIC CHRISTOPHER JUSTICE**                                    **DEFENDANT**

\*    \*    \*    \*    \*    \*    \*

This matter is before the Court upon the Magistrate Judge's Report and Recommendation (R&R) wherein he recommends that the Court sentence Defendant to a term of twelve (12) months, with no supervised release to follow, and that "the violation charging that the Defendant failed to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons, be DISMISSED on motion of the United States." (Doc. # 32).

Defendant having executed a waiver of his right to allocution (*See* Doc. # 29), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 32) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWELVE (12) MONTHS**, with no supervised release to follow;

(5) The violation charging that the Defendant failed to work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons, is hereby **DISMISSED** on motion of the United States; and

(6) A Judgment shall be entered contemporaneously herewith.

This 21st day of August, 2013.

Signed By:
*David L. Bunning*  DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2011\11-4 Order adopting R&R.wpd